No. 448. NIAGARA FALLS POWER CO. *v.* FEDERAL POWER COMMISSION. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in

the consideration or decision of this application. *Messrs. Joseph M. Proskauer* and *Randall J. LeBoeuf, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Chester T. Lane, K. Norman Diamond, Charles V. Shannon,* and *Louis W. McKernan* for respondent.